IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PHYLLIS A ROSS,

    Plaintiff,

v.                                             CASE NO. 1:04-cv-00442-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that defendant's motion to remand this case be granted and the case remanded for a new hearing. The Court agrees that because the hearing tape was found to be blank, a new hearing will have to be held. Also, Plaintiff has no objection to the motion to remand. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    Defendant's motion to remand (doc. 6) is granted, and this cause is remanded to the Commissioner for further proceedings by the Appeals Council.

**DONE AND ORDERED** this _9th_ day of June, 2005

                            *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge